UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN RIAN THOMPSON TROBRIDGE,

    Defendant.
_____/

HON. R. ALLAN EDGAR

Case No. 2:10-cr-05

**ORDER**

On December 2, 2013, defendant Trobridge appeared before the undersigned for a status conference relative to the amended supervised release violation petition (docket #44). At that time, the court was informed that the defendant tested positive for alcohol use. The status conference was adjourned and defendant was ordered detained.

On December 4, 2013, defendant made his subsequent appearance. The court requested that the defendant's probation officer prepare and file a second amended petition to include the alcohol violations committed by the defendant since the filing of the amended supervise release petition (docket #44) on October 1, 2013. Defendant was informed that his detention would continue at least until such time as he could meet with a physician to determine whether or not he was a candidate for substance abuse treatment using Vivitrol.

IT IS SO ORDERED.

Date: December 6, 2013

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge